# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-25-00374-CV

**4-K Housing, Inc., Appellant**

**v.**

**Tax Appraisal District of Bell County, Appellee**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 312,219, THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, 4-K Housing, Inc., and Appellee, Tax Appraisal District of Bell County, have filed a joint motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1(a)(2).  We grant their motion and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Joint Motion

Filed:   July 31, 2025